UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No.  2:12-cv-3006 AC P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time, up to and including August 31, 2013, in which to file an opposition to defendants' June 24, 2013 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted;

2. Plaintiff shall file his opposition on or before August 31, 2013.  Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: July 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//gray3006.36