UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No. 2:12-cv-3006 AC P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

On April 2, 2013, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form. ECF No. 11. All parties were required to complete and file the form within 30 days. Although plaintiff previously filed his consent to jurisdiction of the magistrate judge on December 26, 2012, to date, defendants have failed to file the required form.

Accordingly, IT IS ORDERED that defendants shall show good cause in writing, within seven days after this order is filed, for failing to file a completed consent or request for reassignment form. Prompt filing of a completed form will be deemed full compliance with this order and will discharge the order to show cause.

DATED: December 27, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1