UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR.,<br><br>                  Plaintiff,<br><br>      v.<br><br>T. VIRGA, et al.,<br><br>                  Defendants. | No.  2:12-cv-03006 KJM AC P<br><br><br>ORDER |

On April 1, 2015, the court issued an order that partially granted plaintiff's motion to compel. ECF No. 73. The court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. A review of the docket in this case shows that plaintiff recently filed an opposition to defendants' motion for summary judgment (ECF No. 75), and that the address on his opposition is not the same as his address of record. The Clerk of the Court will be directed to re-serve the April 1, 2015 order on plaintiff at the address indicated on his opposition and plaintiff will be required to file a notice of change of address. Failure to file a notice of change of address and keep the court informed of any future address changes will result in a recommendation that the case be dismissed.

////

1

Additionally, the April 1, 2015 order extended plaintiff's time to file an opposition to the defendants' summary-judgment motion due to the additional discovery responses that were ordered. ECF No. 73. In the event plaintiff filed his opposition before he received the court's order, he was given leave to file a supplemental response. Id. Since it appears that plaintiff did not receive the order, he shall be permitted to file a supplemental opposition to defendants' motion for summary judgment within thirty days of the service of defendants' supplemental discovery responses. Defendants' time to file their reply will not begin to run until plaintiff either files his supplemental opposition or his time for doing so expires.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-serve the court's April 1, 2015 order (ECF No. 73) on plaintiff at CSP-Sacramento, P.O. Box 290066, Represa, CA 95671.

2. The Clerk of the Court is directed to serve this order on plaintiff at both his address of record and at CSP-Sacramento, P.O. Box 290066, Represa, CA 95671.

3. Plaintiff must file a notice of change of address within fourteen days of the date of this order.

4. Plaintiff may file a supplemental opposition to the defendants' motion for summary judgment within thirty days of service of defendants' supplemental discovery responses.

5. Defendants' time to file a reply in support of their motion for summary judgment will not begin to run until plaintiff either files his supplemental opposition or his time for doing so expires, whichever occurs first. Defendants shall have fourteen days to file a reply.

DATED: April 29, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2