1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BERNARDOS GRAY, JR.,                         No.  2:12-cv-3006 KJM AC P

12                    Plaintiff,

13         v.                                     ORDER

14   T. VIRGA, et al.,

15                    Defendants.

16

17         Plaintiff is a county prisoner, and former state prisoner, proceeding pro se with a civil

18   rights action pursuant to 42 U.S.C. § 1983.  Currently before the court are plaintiff's motion for a

19   court order to obtain pro per status at the Sacramento County Jail (ECF No. 108) and request for

20   an extension of his time to file an opposition to defendants' motion for summary judgment (ECF

21   No. 109).

22         In his motion for a court order, plaintiff alleges that the Sacramento County Jail does not

23   provide mandatory law library access to use the copy machine and legal supplies unless there is a

24   court order granting pro per status.  ECF No. 108 at 4. ¶ 7.  He further alleges that he has been

25   granted pro per status in a state criminal proceeding, but that he cannot use that status for any

26   other cases, and that pro per status affords an inmate "unlimited supplies for court filing and

27   weekly schedule[d] access to the law library privileges."  Id. at 4-5, ¶¶ 8, 10.  He requests that the

28   court serve an order on the Sacramento County Jail granting him "pro per status and privileges,

1

1    included with four hours a week access to the law library." Id. at 1.  In his motion for extension,

2    plaintiff states that his opposition to defendants' motion for summary judgment is complete, but

3    that he needs additional time to hand-copy the documents.  ECF No. 109 at 2, ¶ 3.  He also states

4    that for cases where he has not been granted pro per status, he is able to go to the law library once

5    a week on Tuesdays and is given twenty-five sheets of paper.  Id. at ¶ 6.

6           To the extent plaintiff is requesting that the court order the Sacramento County Jail to

7    provide him with a specific level of access to the law library and to legal supplies, this request

8    will be denied because the Sacramento County Jail is not a party to this case and is therefore not

9    within the court's jurisdiction.  The request will also be denied because plaintiff's motion for

10   extension demonstrates that he is not being denied access.  However, the motion for court order is

11   granted to the extent the court certifies that plaintiff is proceeding pro per and in forma pauperis

12   in this federal civil rights proceeding.  A copy of this order will be served on the Sacramento

13   County Sheriff so that plaintiff may be afforded access to the law library and legal supplies in

14   accordance with the jail's policies.  Plaintiff's request for an extension of time to file his

15   opposition to defendants' motion for summary judgment will also be granted.

16          Plaintiff indicates in his motion for court order that he plans to file his own motion for

17   summary judgment.  ECF No. 108 at 1-2, 4, ¶ 5.  The deadline for filing motions for summary

18   judgment was February 19, 2015.  ECF No. 43 at 5.  Defendants originally filed a summary-

19   judgment motion by that date (ECF No. 64) while plaintiff did not.  Because there were

20   unresolved discovery issues that had the potential to impact plaintiff's ability to defend against

21   the summary-judgment motion, defendants' motion was vacated and they were given an

22   opportunity to re-file the motion once the discovery disputes were resolved.  ECF Nos. 89, 99.  In

23   allowing defendants to re-file their motion, the court did not grant plaintiff leave to also file a

24   motion for summary judgment.  Id.  Plaintiff is therefore advised that any motion for summary

25   judgment that he may file will be disregarded as untimely.  In the event that plaintiff has already

26   incorporated his motion for summary judgment into his opposition to defendants' motion, it will

27   be treated as part of the opposition.

28   ////

2

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Plaintiff's motion for a court order (ECF No. 108) is granted to the extent the court

3    certifies that plaintiff is proceeding pro per and in forma pauperis in this federal civil rights

4    proceeding and will serve this order on the Sheriff of Sacramento County. It is denied in all other

5    respects.

6    2. The Clerk of the Court is directed to serve a copy of this order on Sheriff of

7    Sacramento County, 651 I Street, Sacramento, California 95814.

8    3. Plaintiff's motion for extension of time (ECF No. 109) is granted and plaintiff shall

9    have seven days from the filing of this order to file and serve his opposition to defendants' motion

10   for summary judgment.

11   DATED: March 24, 2016

12   _____

     ALLISON CLAIRE

13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3