UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No. 2:12-cv-3006 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| T VIRGA, et al., | |
| Defendants. | |

Plaintiff has submitted a proposed order granting substitution of attorney. ECF No. 122. Since plaintiff has been proceeding pro se, the proposed substitution of attorney will be construed as a notice of appearance.

Accordingly, IT IS HEREBY ORDERD that:

1. The proposed order granting substitution of attorney (ECF No. 122) is construed as a notice of appearance.

2. The Clerk of the Court is directed to update the docket to reflect that plaintiff is represented by counsel as indicated in the notice of appearance (ECF No. 122).

DATED: January 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE